IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TRINITY YACHTS, LLC**                                                                    **PLAINTIFF**

v.                                                           **CAUSE NO. 1:11CV507-LG-JMR**

**THOMAS RUTHERFOORD, INC.,**
**and MARSH & McLENNAN AGENCY, LLC**                 **DEFENDANTS**

## FINAL JUDGMENT

This matter having come on to be heard on the Motion for Partial Summary Judgment on the Issue of Duty [77] filed by the defendants Thomas Rutherfoord, Inc., and Marsh & McLennan Agency, LLC, the Court, after a full review and consideration of the defendants' Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Memorandum Opinion and Order entered herein,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of Thomas Rutherfoord, Inc., and Marsh & McLennan Agency, LLC, pursuant to Fed. R. Civ. P. 56. This case is hereby **DISMISSED WITH PREJUDICE**. In accordance with Fed. R. Civ. P. 54(d)(1), the defendants are entitled to recover costs from the plaintiff.

**SO ORDERED AND ADJUDGED** this the 5th day of March, 2013.

                                                                                                       *s/ Louis Guirola, Jr.*
                                                                                                                  LOUIS GUIROLA, JR.
                                                                                                                  CHIEF U.S. DISTRICT JUDGE